**Jennieva RANDALL, Plaintiff–Appellant,**

v.

**UNITED STATES DEPARTMENT OF JUSTICE; et al., Defendants–Appellees.**

**No. 06–56600.**

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2008.*

Filed Aug. 1, 2008.

Jennieva Randall, Inglewood, CA, for Plaintiff–Appellant.

Thomas K. Buck, Esq., Office of the U.S. Attorney, Civil & Tax Divisions, Los Angeles, CA, for Defendants–Appellees.

Before: B. FLETCHER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

Jennieva Randall appeals pro se the district court's summary judgment for defendants in her Title VII action alleging breach of a settlement agreement. We review de novo, *Rene v. MGM Grand Hotel, Inc.*, 243 F.3d 1206, 1207 (9th Cir. 2001). We affirm for the reasons stated

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

by the district court in its order of October 5, 2006.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

